**Donta VAUGHN, Plaintiff–Appellant,**

**v.**

**Vanessa P. ADAMS, Warden; Federal Correctional Complex, Petersburg, Virginia, Defendants–Appellees.**

**No. 07–6409.**

United States Court of Appeals, Fourth Circuit.

Submitted: June 15, 2007.

Decided: June 22, 2007.

Donta Vaughn, Appellant Pro Se.

Before WIDENER, MICHAEL, and KING, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

*Unpublished opinions are not binding precedent in this circuit.*

PER CURIAM:

Donta Vaughn appeals the district court's order denying his motion for a temporary restraining order, which the district court construed as a complaint filed pursuant to *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics,* 403 U.S. 388, 91 S.Ct. 1999, 29 L.Ed.2d 619 (1971). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Vaughn v. Adams,* No. 1:07–cv–00167–TSE (E.D.Va. Mar. 6, 2007). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*